IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JILL SWENSON, MELODY MCCURTIS, MARIA NELSON, BLACK LEADERS ORGANIZING FOR COMMUNITIES, and DISABILITY RIGHTS WISCONSIN,<br>*Plaintiffs*,<br><br>v.<br><br>MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as Wisconsin Elections Commissioners,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN,<br>[*Proposed*] *Intervenor-Defendants*. | Case No. 3:20-cv-459-wmc |

**MOTION TO INTERVENE AS DEFENDANTS BY THE REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF WISCONSIN**

Movants, the Republican National Committee and Republican Party of Wisconsin, seek to intervene as defendants in this case under Rules 24(a)(2) and (b). This motion is accompanied by a memorandum of law that explains why Movants are entitled to intervention as of right and permissive intervention. For the reasons in that memorandum, Movants respectfully ask the Court to grant this motion. Defendants consent to this motion; Plaintiffs oppose.

1

Dated: June 8, 2020

Respectfully submitted,

 /s/ *Patrick Strawbridge*
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

Jeffrey M. Harris
Cameron T. Norris
Alexa R. Baltes
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Counsel for Proposed Intervenor-Defendants Republican National Committee and Republican Party of Wisconsin*