**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

JILL SWENSON, MELODY MCCURTIS,
MARIA NELSON, BLACK LEADERS
ORGANIZING FOR COMMUNITIES,
and DISABILITY RIGHTS WISCONSIN,

*Plaintiffs*,

v.

MARGE BOSTELMANN, JULIE M.
GLANCEY, ANN S. JACOBS, DEAN
KNUDSON, ROBERT F. SPINDELL, JR.,
and MARK L. THOMSEN, in their official
capacities as Wisconsin Elections
Commissioners,

*Defendants*,

REPUBLICAN NATIONAL COMMITTEE
and REPUBLICAN PARTY OF WISCONSIN,

[*Proposed*] *Intervenor-Defendants*.

Case No. 3:20-cv-459-wmc

**PROPOSED ANSWER BY INTERVENOR-DEFENDANTS REPUBLICAN
NATIONAL COMMITTEE AND REPUBLICAN PARTY OF WISCONSIN**

Proposed Intervenor-Defendants, the Republican National Committee and Republican Party of Wisconsin, submit this proposed Answer to Plaintiffs' Complaint (Doc. 1).

**INTRODUCTION**

1.     Proposed Intervenor-Defendants admit that COVID-19 presents a serious health issue worldwide and in Wisconsin. The cited article speaks for itself. Proposed Intervenor-Defendants otherwise deny the remaining allegations of this paragraph.

2.     Proposed Intervenor-Defendants admit that there have been a number of infections and deaths in Wisconsin due to COVID-19. The cited article speaks for itself. Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

3.     The cited article speaks for itself. Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

4.      Proposed Intervenor-Defendants admit that COVID-19 presents a serious health issue worldwide and in Wisconsin, but otherwise deny the allegations of this paragraph.

5.      The Constitution speaks for itself; Proposed Intervenor-Defendants otherwise deny the remaining allegations of this paragraph.

6.      Denied.

7.      The cited authorities speak for themselves; Proposed Intervenor-Defendants otherwise deny the remaining allegations of this paragraph.

8.      Denied.

9.      Denied.

## PARTIES

### I. Plaintiffs

10.     Proposed Intervenor-Defendants lack sufficient information to admit or deny this allegation.

11.     Proposed Intervenor-Defendants lack sufficient information to admit or deny this allegation.

12.     Proposed Intervenor-Defendants lack sufficient information to admit or deny this allegation.

13.     Proposed Intervenor-Defendants lack sufficient information to admit or deny this allegation.

14.     Proposed Intervenor-Defendants lack sufficient information to admit or deny this allegation.

### II. Defendants

15.     Admitted.

16.     Admitted.

17.     Admitted.

## JURISDICTION AND VENUE

18.     Proposed Intervenor-Defendants admit that Plaintiffs purport to bring this action under 42 U.S.C. §§1983 and 1988, and that this Court has jurisdiction over questions arising under federal law.

19.     Proposed Intervenor-Defendants admit that 42 U.S.C. §1988(b) and 28 U.S.C. §1920 authorize the award of attorney's fees and costs to prevailing parties.

20.     Proposed Intervenor-Defendants admit that 28 U.S.C. §§2201 and 2202 authorize declaratory relief.

21.     Admitted.

22.     Admitted.

## FACTUAL ALLEGATIONS

### I. Defendants and the Wisconsin Elections Commission

23.     Wis. Stat. §§5.05(1), (2w) speak for themselves.

24.     Admitted.

25.     Admitted.

26.     Wis. Stat. §5.05(1)(f) speaks for itself.

27.     The cited authorities speak for themselves.

28.     Wis. Stat. §5.05(16)(c) speaks for itself.

29.     Admitted.

### II. The Coronavirus Pandemic and Wisconsin's Response

A.  COVID-19 and its Health Effects

30.     Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

31.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

32.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

33.     Proposed Intervenor-Defendants admit that COVID-19 presents a serious health issue, including to those with underlying health conditions. The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

34.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

35.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

36.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

37.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

38.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

B.   <u>February and March in Wisconsin</u>

39.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

40.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

41.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

42.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

43.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

44.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

45.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

46.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

47.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

48.     Admitted; Proposed Intervenor-Defendants note that the Wisconsin Supreme Court has subsequently issued guidance allowing for the resumption of in-person court proceedings with adequate health precautions in place.

49.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

50.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

C.   Events Leading up to the April 7 Election

51.     This Court's Order in *Democratic Nat'l Comm. v. Bostelmann*, No. 20-cv-249-WMC, speaks for itself.

52.     This Court's Order in *Democratic Nat'l Comm. v. Bostelmann*, No. 20-cv-249-WMC, speaks for itself.

53.     The Seventh Circuit's order in *Democratic Nat'l Comm. v. Bostelmann*, Nos. 20-1538, 1539, 1545, 1546 (7th Cir. April 3, 2020), speaks for itself.

54.     The cited authorities speak for themselves; Proposed Intervenor-Defendants admit the remaining allegations of this paragraph.

55.     The cited authorities speak for themselves.

56.     The United States Supreme Court's order in *Republican Nat'l Comm. v. Democratic Nat'l Comm.*, No. 19A1016, __ S. Ct. __, (Apr. 6, 2020), speaks for itself.

57.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

## III. Widespread Disenfranchisement in the April 7 Election

58.     The cited materials speak for themselves; Proposed Intervenor-Defendants otherwise deny the remaining allegations of this paragraph.

59.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

60.     Denied.

A.   Defendants' Failure to Manage Online Registration and Absentee Ballot Problems Disenfranchised Voters

61.     Denied.

62.     The cited authorities speak for themselves; Proposed Intervenor-Defendants admit the remaining allegations of this paragraph.

63.     The cited authorities speak for themselves.

64.     The cited authorities speak for themselves; Proposed Intervenor-Defendants note that electronic registration is only one method of registration permitted by Wisconsin law.

65.     Proposed Intervenor-Defendants admit that obtaining a first-time identification card requires a visit to the Wisconsin DMV, but notes that the DMV offices are operating with safety protocols designed to inhibit the spread of COVID-19.

66.     The cited authorities speak for themselves.

67.     Admitted.

68.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

69.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

70.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

71.     The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

72.     Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

73.     Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

74.     The cited materials speak for themselves.

75.     The cited materials speak for themselves.

B.   <u>Defendants' Failures to Ensure Distribution of Requested Absentee Ballots Disenfranchised Voters</u>

76.     Denied.

77.     The cited authorities speak for themselves.

78.     The cited authorities speak for themselves.

79.     The cited authorities speak for themselves.

80. The cited materials speak for themselves.

81. Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

82. Admitted.

83. The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

84. The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

85. The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

86. The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

87. Denied.

C. Defendants' Failure to Make Adequate Provisions for Voters to Return Absentee Ballots Disenfranchised Voters

88. Wis. Stat. §6.87(6) speaks for itself.

89. The cited authorities speak for themselves.

90. The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

91. Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations regarding Plaintiffs Swenson and Nelson. Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the remaining allegations of this paragraph.

92. The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

93.     Denied.

94.     Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the remaining allegations of this paragraph.

95.     The cited materials speak for themselves; Proposed Intervenor-Defendants deny that Defendants acted unlawfully but lack sufficient information to admit or deny the remaining allegations of this paragraph.

D.   Defendants' Enforcement of Wis. Stat. §6.87(4)'s Witness Requirement Disenfranchised Voters at High Risk From COVID-19

96.     Denied.

97.     Wis. Stat. §6.87(4) speaks for itself. Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations regarding Plaintiffs Swenson. Proposed Intervenor-Defendants otherwise deny the remaining allegations of this paragraph.

98.     Wis. Stat. §6.87(2) speaks for itself. Proposed Intervenor-Defendants otherwise admit the remaining allegations of this paragraph.

99.     The cited materials speak for themselves. Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations regarding Plaintiffs Swenson's subjective beliefs, but deny that Defendants acted unlawfully.

100.    This Court's order speaks for itself.

101.    The Seventh Circuit's order speaks for itself.

102.    The cited materials speak for themselves; Proposed Intervenor-Defendants deny that Defendants acted unlawfully.

103.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully.

E.   Defendants Failed to Safeguard the Availability of In-Person Absentee Voting

104.    Proposed Intervenor-Defendants admit that in-person absentee ballots are an important and authorized method of voting in Wisconsin and otherwise deny the allegations of this paragraph.

105.    Admitted.

106.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully and otherwise lack sufficient information to admit or deny the allegations of this paragraph.

107.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

108.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully; they otherwise lack sufficient information to admit or deny the allegations of this paragraph.

F.    <u>Defendants Failed to Ensure An Adequate Number of Election Day Polling Places</u>

109.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully; they otherwise lack sufficient information to admit or deny the allegations of this paragraph.

110.    Wis. Stat. §5.25(3) speaks for itself.

111.    Wis. Stat. §5.25(4)(a) speaks for itself.

112.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

113.    Denied.

114.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

115.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

116.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

117.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

118.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

119.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

120.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

121.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully; they otherwise lack sufficient information to admit or deny the allegations of this paragraph.

122.    The cited materials speak for themselves.

123.    Wis. Stat. §7.30(2) speaks for itself; Proposed Intervenor-Defendants deny that Defendants acted unlawfully.

124.    Wis. Stat. §7.30(2) speaks for itself; Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

125.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

126.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully; they otherwise lack sufficient information to admit or deny the allegations of this paragraph.

G.  Defendants' Failure to Ensure Safe In-Person Voting Resulted in Widespread Voter Intimidation

127.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully; they otherwise lack sufficient information to admit or deny the allegations of this paragraph.

128.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

129.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully; they otherwise lack sufficient information to admit or deny the allegations of this paragraph.

130.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully; they otherwise lack sufficient information to admit or deny the allegations of this paragraph.

131.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

132.    The cited materials speak for themselves.

H. Burdens on Voters with Disabilities

133.    Denied.

134.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

135.    Denied.

136.    Proposed Intervenor-Defendants admit that some disabled voters may require assistive technology; they lack sufficient information to admit or deny the remaining allegations of this paragraph.

137.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully; they otherwise lack sufficient information to admit or deny the allegations of this paragraph.

IV.    **Absent Judicial Intervention, These Failures Are Practically Certain to Recur in August and November**

138.    Proposed Intervenor-Defendants admit that COVID-19 is a serious and legitimate concern but deny that Defendants do not have policies or other measures in place to ensure safe voting in the upcoming August and November elections.

A. The Ongoing COVID-19 Pandemic

139.    The cited materials speak for themselves.

140.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

141.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

142.    The cited materials speak for themselves; Proposed Intervenor-Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph.

143.    The cited materials speak for themselves.

144.    Proposed Intervenor-Defendants admit that elections are scheduled in August and November; they lack sufficient information to admit or deny the remaining allegations of this paragraph.

B.    Turnout in November Will Exacerbate Problems

145.    Denied.

146.    The cited materials speak for themselves; Proposed Intervenor-Defendants admit that turnout in the general election is likely to be higher than that of the April primary.

147.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

148.    This paragraph sets forth a legal conclusion to which no response is required.

C.    Defendants Have Not Taken Steps Sufficient to Correct the Ongoing Problems with Wisconsin Elections under COVID-19

149.    Proposed Intervenor-Defendants admit that Defendants have taken steps to implement safe election procedures in light of COVID-19, but otherwise deny the allegations of this paragraph.

150.    The cited materials speak for themselves; Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

151.     Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

152.     The cited materials speak for themselves; Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

153.     Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

154.     The cited materials speak for themselves; Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

155.     Denied.

156.     Wis. Stat. §§6.86(1)(b) and 7.15(cm) speak for themselves. Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

157.     Denied.

158.     Denied.

159.     Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

160.     The cited materials speak for themselves; Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

161.     The cited materials speak for themselves; Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

162.    Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

163.    Denied.

164.    The cited materials speak for themselves; Proposed Intervenor-Defendants deny that Defendants acted unlawfully but otherwise lack sufficient information to admit or deny the allegations of this paragraph.

## V.    Plaintiffs' Injuries

### Jill Swenson

165.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

166.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

167.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

168.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

169.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

170.    Denied.

### Melody McCurtis

171.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

172.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

173.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

174.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

175.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

**Maria Nelson**

176.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

177.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph, except they deny that Defendants disenfranchised Ms. Nelson.

178.    Denied.

**Black Leaders Organizing for Communities**

179.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

180.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

181.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

182.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph, except that they deny that Defendants disenfranchised any voters.

183.    Denied.

184.    Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph, except that they deny that Defendants disenfranchised any voters.

**Disability Rights Wisconsin**

185.     Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

186.     Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

187.     Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

188.     Proposed Intervenor-Defendants lack sufficient information to admit or deny the allegations of this paragraph.

189.     Denied.

## CLAIMS FOR RELIEF

### Count 1: Violation of Section 11(b) of the Voting Rights Act
### (All Plaintiffs)

190.     Proposed Intervenor-Defendants reallege and incorporate by reference the responses contained in the preceding paragraphs.

191.     Title 52, §10307(b) speaks for itself.

192.     Denied.

193.     Denied.

194.     Denied.

195.     Denied.

196.     Denied.

197.     Denied.

198.     Denied.

199.     Denied.

200.     Denied.

201.     Denied.

## Count 2:
## Violation of the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution
## (Plaintiff McCurtis, Organizational Plaintiffs)

202.     Proposed Intervenor-Defendants reallege and incorporate by reference the responses contained in the preceding paragraphs.

203.     The Fourteenth Amendment speaks for itself.

204.     The cited authority speaks for itself.

205.     Denied.

206.     Denied.

207.     Denied.

208.     Denied.

209.     Denied.

210.     Denied.

211.     Denied.

212.     Denied.

## Count 3: Violation of the First and Fourteenth Amendments to the U.S. Constitution
## (All Plaintiffs)

213.     Proposed Intervenor-Defendants reallege and incorporate by reference the responses contained in the preceding paragraphs.

214.     Admitted.

215.     Denied.

216.     Denied.

217.     Denied.

218.     Denied.

219.    Denied.

**Count 4: Violation of the Due Process Clause of the Fourteenth Amendment to the**
**U.S. Constitution**
**(Substantive Due Process)**
**(All Plaintiffs)**

220.    Proposed Intervenor-Defendants reallege and incorporate by reference the responses

contained in the preceding paragraphs.

221.    The cited authority speaks for itself.

222.    Denied.

223.    Denied.

224.    Denied.

225.    Denied.

226.    Denied.

227.    Denied.

**Count 5: Violation of the Due Process Clause of the Fourteenth Amendment to the**
**U.S. Constitution**
**(Procedural Due Process)**
**(Plaintiffs Swenson and Nelson, Organizational Plaintiffs)**

228.    Proposed Intervenor-Defendants reallege and incorporate by reference the responses

contained in the preceding paragraphs.

229.    Admitted.

230.    The cited authority speaks for itself; the remainder of this paragraph sets forth a legal

conclusion to which no response is required.

231.    Denied.

232.    Denied.

233.    Denied.

234.    Denied.

235. Denied.

236. Denied.

### Count 6: Violation of the Americans with Disabilities Act
### (Plaintiffs Swenson and Nelson, Organizational Plaintiffs)

237. Proposed Intervenor-Defendants reallege and incorporate by reference the responses contained in the preceding paragraphs.

238. The cited authority speaks for itself.

239. This paragraph sets forth a legal conclusion to which no response is required.

240. Denied.

241. Denied.

242. Denied.

243. Denied.

244. Denied.

245. Denied.

### PRAYER FOR RELIEF

Proposed Intervenor-Defendants deny that Plaintiffs are entitled to their requested relief.

### <u>AFFIRMATIVE DEFENSES</u>

1. The allegations in the Complaint fail to state a claim for relief.

2. The allegations in the Complaint are unripe and too remote and speculative to support equitable relief.

3. The Counts are barred in whole or in part by the doctrine of abstention.

4. Proposed Intervenor-Defendants deny that Plaintiffs are entitled to their requested relief.

Dated: June 8, 2020                          Respectfully submitted,

                                             _/s/ Patrick Strawbridge____
                                             Patrick Strawbridge
                                             CONSOVOY MCCARTHY PLLC
                                             Ten Post Office Square
                                             8th Floor South PMB #706
                                             Boston, MA 02109
                                             (703) 243-9423
                                             patrick@consovoymccarthy.com

                                             Jeffrey M. Harris
                                             Cameron T. Norris
                                             Alexa R. Baltes
                                             CONSOVOY MCCARTHY PLLC
                                             1600 Wilson Blvd., Ste. 700
                                             Arlington, VA 22209

                                             *Counsel for Proposed Intervenor-Defendants*
                                             *Republican National Committee and*
                                             *Republican Party of Wisconsin*