## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Jill Swenson, Melody McCurtis, Maria Nelson, Black Leaders Organizing for Communities, Disability Rights Wisconsin,

      Plaintiffs,

   v.

Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, *Commissioners of the Wisconsin Elections Commission*; Meagan Wolfe, *Administrator of the Wisconsin Elections Commission*,

      Defendants.

Case No. 3:20-cv-459-wmc

## THE WISCONSIN LEGISLATURE'S
## UNOPPOSED MOTION TO INTERVENE

Under Rule 24 of the Federal Rules of Civil Procedure, the Joint Committee on Legislative Organization, on behalf of the Wisconsin Legislature ("Legislature"), hereby moves to intervene in this action as a defendant.  Plaintiffs have informed counsel for the Legislature that they do not object to this Motion, and the Defendants have informed counsel that they consent to this Motion.  The Legislature has contemporaneously filed a supporting memorandum setting forth the grounds for this Motion.  For the reasons set forth in its supporting memorandum, the Legislature respectfully requests that this Court grant its Motion to Intervene.

Dated, June 8, 2020

Respectfully Submitted,

/s/ Misha Tseytlin

MISHA TSEYTLIN
(State Bar No. 1102199)
KEVIN M. LEROY
(State Bar No. 1105053)
SEAN T.H. DUTTON
TROUTMAN SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com
sean.dutton@troutman.com

*Attorneys for the Wisconsin Legislature*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2020, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin

MISHA TSEYTLIN
TROUTMAN SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com