UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Jill Swenson, Melody McCurtis, Maria Nelson, Black Leaders Organizing for Communities, Disability Rights Wisconsin,<br><br>   Plaintiffs,<br><br> v.<br><br>Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, *Commissioners of the Wisconsin Elections Commission*; Meagan Wolfe, *Administrator of the Wisconsin Elections Commission*,<br><br>   Defendants. | Case No. 3:20-cv-459-wmc |

### THE WISCONSIN LEGISLATURE'S PROPOSED
### MOTION TO DISMISS THE COMPLAINT

Under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and this Court's inherent authority to stay a case, Proposed-Intervenor Defendant the Wisconsin Legislature ("Legislature") hereby submits this Proposed Motion to Dismiss Plaintiffs' Complaint. The Legislature sets forth the grounds for this Motion in its Memorandum In Support Of Its Proposed Motion To Dismiss The Complaint, which it has filed contemporaneously with this Proposed Motion. For the reasons set forth in this supporting memorandum, the Legislature respectfully request that this Court grant its Proposed Motion.

Dated, June 8, 2020

        Respectfully Submitted,

        /s/ Misha Tseytlin
        MISHA TSEYTLIN
        (State Bar No. 1102199)
        KEVIN M. LEROY
        (State Bar No. 1105053)
        SEAN T.H. DUTTON
        TROUTMAN SANDERS LLP
        227 W. Monroe Street
        Suite 3900
        Chicago, IL 60606
        (608) 999-1240
        (312) 759-1939 (fax)
        misha.tseytlin@troutman.com
        kevin.leroy@troutman.com
        sean.dutton@troutman.com

        *Attorneys for the Wisconsin Legislature*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2020, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com