IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMOCRATIC NATIONAL COMMITTEE,
et al.,

        Plaintiffs,

  v.

MARGE BOSTELMANN, et al.,

        Defendants,

  and

WISCONSIN LEGISLATURE,
REPUBLICAN NATIONAL COMMITTEE,
and REPUBLICAN PARTY OF WISCONSIN,

        Intervening-Defendants.

PRELIMINARY
INJUNCTION ORDER

20-cv-249-wmc

---

SYLVIA GEAR, et al.,

        Plaintiffs,

  v.

MARGE BOSTELMANN, et al.,

        Defendants,

  and

WISCONSIN LEGISLATURE,
REPUBLICAN NATIONAL COMMITTEE,
and REPUBLICAN PARTY OF WISCONSIN,

        Intervening-Defendants.

20-cv-278-wmc

---

CHRYSTAL EDWARDS, et al.,

        Plaintiffs,

v.

                                                  20-cv-340-wmc

ROBIN VOS, et al.,

        Defendants,

    and

REPUBLICAN NATIONAL COMMITTEE,
and REPUBLICAN PARTY OF WISCONSIN,

        Intervening-Defendants.

---

JILL SWENSON, et al.,

        Plaintiffs,

v.

                                                  20-cv-459-wmc

MARGE BOSTELMANN, et al.,

        Defendants,

    and

WISCONSIN LEGISLATURE,
REPUBLICAN NATIONAL COMMITTEE,
and REPUBLICAN PARTY OF WISCONSIN,

        Intervening-Defendants.

---

IT IS ORDERED that defendants the Commissioners of the Wisconsin Election Commission and its Administrator are:

    a) Enjoined from enforcing the deadline under Wisconsin Statute § 6.28(1), for online and mail-in registration. The deadline is extended to October 21, 2020.

    b) Directed to include on the MyVote and WisVote websites (and on any additional materials that may be printed explaining the "indefinitely confined" option) the language provided in their March 2020 guidance, which explains

that the indefinitely confined exception "does not require permanent or total inability to travel outside of the residence."

c) Enjoined from enforcing the deadline for receipt of absentee ballots under Wisconsin Statute § 6.87(6), and the deadline is extended until November 9, 2020, for all ballots mailed and postmarked on or before election day, November 3, 2020.

d) Enjoined from enforcing Wisconsin Statute § 6.87(3)(a)'s ban on delivery of absentee ballots to mail only for domestic civilian voters, with that lifted to allow online access to replacement absentee ballots or emailing replacement ballots, for the period from October 22 to October 29, 2020, provided that those voters who timely requested an absentee ballot, the request was approved, and the ballot was mailed, but the voter did not receive the ballot.

e) Enjoined from enforcing Wisconsin Statute § 7.30(2), to the extend individuals need not be a resident of the county in which the municipality is located to serve as election officials for the November 3, 2020, election.

Entered this 21st day of September, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge