# United States Court of Appeals

## For the Seventh Circuit
### Chicago, Illinois 60604

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

October 13, 2020

## Before

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| Nos. 20-2835 & 20-2844 | Appeals from the United States District Court for the Western District of Wisconsin. |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br>    *Plaintiffs-Appellees*, | |
| *v.* | Nos. 20-cv-249-wmc, *et al.*<br>William M. Conley, *Judge.* |
| MARGE BOSTELMANN, SECRETARY OF THE WISCONSIN ELECTIONS COMMISSION, *et al.*,<br>    *Defendants*, | |
| *and* | |
| WISCONSIN STATE LEGISLATURE, REPUBLICAN NATIONAL COMMITTEE, and REPUBLICAN PARTY OF WISCONSIN,<br>    *Intervening Defendants-Appellants*. | |

## Order

Our opinion of September 29, 2020, directed intervenors Republican National Committee and Republican Party of Wisconsin (the political-party intervenors) to show

cause why their appeal (No. 20-2844) should not be dismissed. Their response has been received, and the matter is ready for disposition.

The response is devoted almost entirely to supporting the proposition that the political-party intervenors possess standing to litigate. But that is not the question. Our opinion flagged a different issue: whether they are aggrieved by the district court's judgment. Only litigants aggrieved by a judgment are entitled to appeal. As we stated:

> The district court did not order [the political-party intervenors] to do something or forbid them from doing anything. Whether the deadline for online registration (for example) is October 14 or October 21 does not affect any legal interest of either organization. Neither group contends that the new deadlines established by the district court would violate the constitutional rights of any of their members. The political organizations themselves do not suffer any injury caused by the judgment. See *Transamerica Insurance Co. v. South*, 125 F.3d 392, 396 (7th Cir. 1997).

The parties' response to our order to show cause does not contend that any of these statements is mistaken, and particularly it does not contend that Wisconsin's rules for voting, as altered by the district court's injunction, violate any constitutional right of the parties or any of their members. It follows that the parties' appeal must be dismissed.

The appeal by the State Legislature (No. 20-2835) remains pending. The Republican National Committee and the Republican Party of Wisconsin are free to present their arguments in defense of the state statutes as amici curiae in that appeal.